UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER,<br><br>        Plaintiff,<br><br>    v.<br><br>C-5 THIRD-WATCH MAIL GUARD RESPONSIBLE FOR MAIL DELIVERY, et al.,<br><br>        Defendants. | Case No. 24-cv-08762-JD<br><br>**ORDER RE DISMISSAL** |

Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983 and a motion to proceed in forma pauperis ("IFP"). Plaintiff's motion to proceed IFP was dismissed after the Court found that plaintiff was three-strikes barred pursuant to 28 U.S.C. § 1915(g). *See* Dkt. No. 10. Plaintiff was provided twenty-one days to pay the full filing fee, four hundred and five dollars, or the case would be dismissed. The time to pay has passed and plaintiff has not paid the fee or otherwise communicated with the Court. Consequently, the case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: July 21, 2025

_____
JAMES DONATO
United States District Judge